Charles B. Smith, appellant, v. Gordon C. Thorne and R. E. Schmidt, appellees. Gen. No. 36,604.

Opinion filed May 2, 1934. Rehearing denied and opinion modified May 15, 1934.

Winston, Strawn & Shaw, for appellant; Harold A. Smith and Douglas C. Moir, of counsel. Bernard W. Vinissky, for appellees.

Mr. Presiding Justice Hall delivered the opinion of the court.

Chicago Title and Trust Company v. August Guttropf et al., on appeal of William A. Sheehan, receiver.

In re Joseph Fleming and William H. Fleming, appellees, v. William A. Sheehan, receiver, appellant. Gen. No. 36,638.

Opinion filed May 2, 1934.

Hutson, Traeger & Bolger, for appellant. Lee, Phelps & Cleland and Barney L. Hollywick, for appellees.

Mr. Presiding Justice Hall delivered the opinion of the court.

Edward Van der Molen, appellant, v. Chicago Rapid Transit Company, appellee. Gen. No. 36,679.

Opinion filed May 2, 1934.

Hershenson & Hershenson, for appellant; Edward Hershenson, of counsel. Addison L. Gardner, for appellee; William G. Wood, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.